**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
JIMARZARETTE ESTEVEZ, DEANNA
MANCINI, and DIANE MEKULI,

                Plaintiffs,                18 **CIVIL** 10350 (CS)

     -against-                         **JUDGMENT**

BERKELEY COLLEGE, JOEL MARTINEZ,
GRETCHEN ORSINI, and DAVID BERTONE,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 19, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          July 20, 2021

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**
                   **BY:**                 *K. Mango*
                                                **Deputy Clerk**